UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUELA HERNANDEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No. 5:19-cv-07888-EJD<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 14 |

Plaintiff in the above-entitled matter failed to file a case management conference statement in compliance with the Court's order. THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The hearing on the order to show cause will be held March 12, 2020 at 10:00 AM. If plaintiff fails to appear, the case shall be dismissed for failure to prosecute.

The Initial Case Management Conference set for March 5, 2020 is VACATED.

**IT IS SO ORDERED.**

Dated: March 3, 2020

EDWARD J. DAVILA
United States District Judge